IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DARLENE C. H.,[1] | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 3:19cv224–HEH |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## FINAL ORDER
### (Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on July 22, 2020 (ECF No. 19). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 19) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED in part, and DENIED in part.

(3) Defendant's Motion for Summary Judgment (ECF No. 17) is GRANTED in part, and denied in part.

(4) The decision of the Commissioner is VACATED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to the significant privacy concerns in social security cases, federal courts should refer to claimants by only their first names and last initials.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: August 10, 2020
Richmond, Virginia